IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RALPH CARVEY : CHAPTER 7
:
Debtor. : CASE NO. 5:19-bk-05432 MJC

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Reopen the above Chapter 7 Bankruptcy Case, it is hereby ORDERED that the case is re-opened to permit the filing of an Amended Schedule A/B. In the event that no Motions are filed by any party in interest within thirty (30) days, Debtor shall file a Motion to Close Case.

Dated: August 27, 2021

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge (CD)